# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Kenneth A. Tyler                                        Docket No. 7:06-CR-11-1

### Petition for Action on Supervised Release

COMES NOW Djoni B. Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kenneth A. Tyler, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 14, 2006, to the custody of the Bureau of Prisons for a term of 51 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

3. The defendant shall pay a special assessment of $100.00.

Kenneth A. Tyler was released from custody on October 19, 2009, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since the defendant's release, he has been unable to secure gainful employment other than short-term seasonal jobs. To assist him with job readiness skills, the probation officer is recommending the conditions of supervision be modified to include vocational training, cognitive behavioral training and educational services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Kenneth A. Tyler
Docket No. 7:06-CR-11-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a vocational training program as directed by the probation office.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

3. The defendant shall participate in an educational services program as directed by the probation officer. Such program may include GED preparation, English as a Second Language classes, and other classes designed to improve the defendant's proficiency in skills such as reading, writing, mathematics, or computer use.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley | /s/ Djoni B. Barrett |
| Kevin L. Connolley | Djoni B. Barrett |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 472-C Western Blvd. |
| | Jacksonville, NC 28546-6862 |
| | Phone: (910) 347-9038 |
| | Executed On: September 22, 2010 |

### ORDER OF COURT

Considered and ordered this ___ day of September, 2010, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge